1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DEON SIMS,                                    **Case No. CV 15-7528 JVS (RAO)**

12                          Petitioner,

13          v.                                          **JUDGMENT**

14 SUZANNE PEERY, Warden,

15                          Respondent.

16

17          Pursuant to the Court's Order Accepting Findings, Conclusions, and

18 Recommendations of United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the Petition is denied, and this

20 action is dismissed with prejudice.

21

22

23 DATED:  November 01, 2016

24                                          _____

25                                          JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE

26

27

28